The State of Florida *ex rel.* James D. Southerland, Relator, vs. Jesse R. Sandlin, Respondent.

John. H. Treadwell, for Relator.

H. J. Spence, M. L. Williams and J. W. Burton, for Respondent.

This was an original proceeding by mandamus wherein it was sought to compel the respondent to turn over to the relator the officer of tax collector of the county of DeSoto, together with the assessment rolls, books, papers, records, &c., appertaining to said office. Upon filing his return to the alternative writ by the respondent, the relator demurred thereto, which demurrer was sustained, the return held insufficient, and peremptory writ of mandamus awarded.

Decision *Per Curiam.*